IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODERICK ALLEN,            )
                           )
         Plaintiff,        )
                           )
vs.                        )   Case No.   14-cv-0098-MJR-SCW
                           )
AIMEE LANG,                )
B. EASTON,                 )
and KIM BUTLER,            )
                           )
         Defendants.       )

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This is matter is before the Court for case management.  In December 2014, this Court denied Plaintiff's motions for preliminary injunctive relief (Doc. 118).  Three weeks later, the Court (having found no evidence that Plaintiff was in imminent danger of a serious physical injury) revoked Plaintiff's IFP status, set a January 23, 2015 deadline for Plaintiff to pay his $350 filing fee for this case, and stayed all other pending matters herein until Plaintiff complied with the Order to pay the filing fee (Doc. 130).  The Court later extended to February 23, 2015 the deadline to pay the filing fee (Doc. 132).

Before that deadline elapsed, Plaintiff filed two notices of appeal from the denial of preliminary injunctive relief.  On July 15, 2015, the Seventh Circuit Court of Appeals dismissed Plaintiffs appeals and issued mandates returning the case to this Court (*see* Doc. 170-172).  The Court **hereby reinstates** its previous Order directing Plaintiff – whose IFP status here has been revoked -- to pay his full filing fee of $350.

Plaintiff is **ORDERED** to pay his full District Court filing fee of $350 no later than **August 18, 2015**. If Plaintiff does not do so, this case **WILL BE DISMISSED**. All other matters herein remain stayed/suspended until Plaintiff has complied with this Order.

IT IS SO ORDERED.

DATED July 16, 2015.

**s/ Michael J. Reagan**
Michael J. Reagan
Chief Judge
United States District Court
