IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODERICK ALLEN, | ) |
|                 Plaintiff, | ) |
| vs. | ) Case No. 14-cv-0098-MJR-SCW |
| AIMEE LANG, B. EASTON, and KIM BUTLER, | ) |
|                 Defendants. | ) |

**MEMORANDUM AND ORDER**

**REAGAN, Chief Judge:**

This case comes now before the Court for case management purposes. On December 9, 2014, the undersigned District Judge adopted a Report and Recommendation which denied Plaintiff's motions for preliminary injunctive relief (Doc. 118). On December 31, 2014, this Court revoked Plaintiff's in forma pauperis (IFP) status (Doc. 130), after having found no evidence that Plaintiff was in "imminent danger" of a serious physical injury in ruling on his motions for preliminary injunction (Doc. 118). The Court ordered Plaintiff to pay his $350 filing fee for this action and stayed all other pending matters until Plaintiff complied with that Order (Doc. 130).

Before the deadline for paying the filing fee elapsed, Plaintiff filed two notices of appeal from the Court's December 9, 2014 Order denying the motions for preliminary injunction. On July 15, 2015, the United States Court of Appeals for the Seventh Circuit dismissed Plaintiff's appeals (Docs. 170-172).

With the case back in this District Court, the undersigned Judge reinstated its previous Order directing Plaintiff to pay his full District Court filing fee of $350 (Doc. 173). Plaintiff was

given until August 18, 2015 to pay the filing fee and plainly warned that if he failed to pay his case would be dismissed (*Id.*).

As of August 22, 2015, Plaintiff has neither paid the $350 filing fee nor sought additional time in which to do so. The Court previously extended the payment deadline (from January 23, 2015 to February 23, 2015), stayed the deadline when Plaintiff filed his two appeals (on February 5, 2015 and February 10, 2015), and once the appeals were resolved gave Plaintiff a month to comply with the directive to pay the $350 (July 16, 2015 – August 18, 2015). Plaintiff has refused to pay his filing fee as ordered by this Court. The undersigned Judge hereby **DISMISSES with prejudice** Plaintiff's case for failure to comply with a Court order and failure to pay the filing fee for this action. Judgment shall be entered against Plaintiff, and the Clerk's Office shall close the case.

IT IS SO ORDERED.

DATED August 22, 2015.

*s/ Michael J. Reagan*
Michael J. Reagan
Chief Judge
United States District Court

2